1  McGREGOR W. SCOTT
   United States Attorney
2  GARY M. LEUIS
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 1:19-po-00035-SAB
12 |             Plaintiff,             | [Citation #7418576]
13 | v.                                 | MOTION AND ORDER FOR DISMISSAL
14 | BETTY LAURA GODKIN                 |
15 |             Defendant.             |
16

17
        The United States of America, by and through McGregor W. Scott, United States Attorney, and
18
   Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No.
19
   1:19-po-00035-SAB [Citation #7418576] against BETTY LAURA GODKIN, without prejudice, in the
20
   interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.
21

22

23 DATED: April 5, 2019                         Respectfully submitted,

24                                              McGREGOR W. SCOTT
                                                United States Attorney
25
                                          By:   /s/ Gary M. Leuis
26                                              GARY M. LEUIS
                                                Special Assistant United States Attorney
27

28
                                                1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00035-SAB [Citation #7418576] against BETTY LAURA GODKIN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**April 8, 2019**__

UNITED STATES MAGISTRATE JUDGE